1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  JEROME PRICE, CA Bar #282400
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  MICHAEL D. MCMILLIN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   NO. 5:13-cr-00001 JLT
                                       )
11                 *Plaintiff,*        )
                                       )
12       v.                            )   WAIVER OF DEFENDANT'S PERSONAL
                                       )   PRESENCE; [PROPOSED] ORDER THEREON
13  MICHAEL D. MCMILLEN,               )
                                       )
14                 *Defendant.*        )
    ───────────────────────────────   )

15

16       Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Michael D. McMillin, having been advised of

17  his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his

18  absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his

19  interests shall be represented at all times by the presence of his attorney, the Office of the Federal

20  Defender for the Eastern District of California, the same as if Defendant were personally present, and

21  requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further

22  agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to

23  the Defendant of the requirement of his appearance at said time and place.

24

25       DATED: January 28, 2013          /s/ Michael D. McMillin
                                          MICHAEL D. MCMILLIN
26

27       DATED: January 28, 2013          /s/ Jerome Price
                                          JEROME PRICE
28                                        Assistant Federal Defender
                                          Attorney for MICHAEL D. MCMILLIN

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED: January 28 , 2013

          /s/ Jennifer L. Thurston
Jennifer L. Thurston, Magistrate Judge
United States District Court
Eastern District of California